# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GANGSTA' KO-LOFF BISHOP
GOSPIDON,

    Petitioner,

v.                                   CASE NO. 4:18cv135-RH/CAS

RAFAEL ZUNIGA, WARDEN,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation ECF No. 3. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed for lack of jurisdiction." The clerk must close the file.

SO ORDERED on April 16, 2018.

                                           s/Robert L. Hinkle
                                           United States District Judge